446 A.2d 689

Commonwealth v. Granberry, Appellant.

Submitted October 5, 1981. Robert J. Breslin, Jr., for appellant; Frank T. Hazel, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed on the perceptive and comprehensive opinion of the learned and distinguished Delaware County Common Pleas Court Judge Melvin G. Levy.